Case 1:26-cv-00128   Document 5   Filed 02/06/26 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| NOSLEN MARQUEZ-HERNANDEZ, § § Petitioner, § § VS. § WARDEN, PORT ISABEL SERVICE § PROCESSING CENTER, § § Respondent. § | CIVIL ACTION NO. 1:26-CV-128 |

## ORDER

Petitioner Noslen Marquez-Hernandez is currently detained by Immigration and Customs Enforcement at the Port Isabel Service Processing Center in Cameron County, Texas. Petitioner is proceeding *pro se* and presents a petition for writ of habeas corpus, requesting his immediate release from ICE custody, or in the alternative, order an "immediate individualized bond hearing[.]" (Petition, Doc. 1, 14) The Court construes his petition as challenging the basis of his continued detention without a bond hearing.

To facilitate the Court's consideration of the matter, it is:

**ORDERED** that by no later than February 27, 2026, Respondents shall file a Statement informing the Court of the status of any removal proceedings against Petitioner and the statutory basis for his continued detention.

The Clerk of Court shall serve a copy of the Petition (Doc. 1) and this Order upon Respondents.

Signed on February 6, 2026.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge