United States District Court
Southern District of Texas
**ENTERED**
May 07, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NOSLEN MARQUEZ-HERNANDEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-128 |
| | § | |
| WARDEN, PORT ISABEL SERVICE | § | |
| PROCESSING CENTER, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Respondents seek dismissal of Petitioner Noslen Marquez-Hernandez's Petition for Writ of Habeas Corpus (Doc. 1), arguing that his release from detention moots the petition. (Motion, Doc. 19)  Respondents have demonstrated that Petitioner was released from custody after an Immigration Judge granted his request for voluntary departure. (*See* IJ Order, Doc. 19–1; Custodial History, Doc. 19–2)  The Court finds that good cause supports the requested relief. Accordingly, it is:

**ORDERED** that Respondents' Motion to Dismiss as Moot or for Lack of Subject Matter Jurisdiction (Doc. 19) is **GRANTED**; and

**ORDERED** that Petitioner Noslen Marquez-Hernandez's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED AS MOOT**.

The Clerk of Court is directed to close this case.

Signed on May 7, 2026.

Fernando Rodriguez, Jr.
United States District Judge

1 / 1